IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PORTERFIELD STOKES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-CV-34 (WLS-TQL) |
| | : | |
| TONIE BENNEFIELD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **ORDER**

A pretrial conference occurred on Tuesday, October 12, 2021, which was attended by counsel for Defendants. Plaintiff was not present and, because he previously informed the Court that he would not be able to travel to Albany, the Court called Plaintiff, who attended the pretrial conference by telephone. The Court issues this Order to memorialize the instructions given on October 12, 2021 and to issue further instructions to the Parties.

The Court first explained that it understood Plaintiff had not participated in preparing a proposed pretrial order. Plaintiff confirmed that was correct, that he was just getting home from the hospital, and that he tried to request an extension of time from the Court.[1] The Court then inquired whether Plaintiff was ready to proceed to trial beginning on November 8, 2021, and Plaintiff eventually conceded that he was not ready because he is scheduled for additional surgeries to occur into December. The Court explained that Plaintiff must file a motion for a continuance of the trial from November and that the trial would be continued to the February 2022 term. The Court further stated that at least one defendant expressed interest in pursuing

---

[1] The record does not reflect that Plaintiff has filed a motion for an extension of time.

mediation in the proposed pretrial order, and the Court inquired whether any party objected to mediation. Plaintiff agreed he was open to mediation, and no defense counsel objected. Therefore, the Court instructed that the Parties confer about a timeline for mediation and then contact U.S. Magistrate Judge Thomas Q. Langstaff to request that he conduct mediation.

For clarity, Plaintiff or Defendants shall file a motion to continue the trial in this case **no later than Friday, October 22, 2021**, indicating whether any Party objects to a continuance and the grounds therefore. By the same date, the Parties shall confer and contact Judge Langstaff requesting mediation.[2]

**SO ORDERED**, this 14th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[2] Plaintiff's phone number was provided to counsel for Defendant Bennefield following the conference. Additionally, the Court instructed that the Parties can agree to contact a alternative mediator, if they so choose.