IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PORTERFIELD STOKES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-CV-34 (WLS-TQL) |
| | : | |
| TONIE BENNEFIELD, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Defendant Tonie Bennefield has filed a Motion in Limine. (Doc. 81.) Plaintiff is **ORDERED** to file a response thereto **no later than Friday, November 5, 2021**, and Bennefield's reply brief is due **no later than Friday, November 19, 2021**.

Furthermore, the Parties are **ORDERED** to file a status update on the outcome or status of mediation **no later than Wednesday, December 1, 2021**.

**SO ORDERED**, this 14th day of October 2021.

        /s/ W. Louis Sands
        **W. LOUIS SANDS, SR. JUDGE**
        **UNITED STATES DISTRICT COURT**