IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PORTERFIELD STOKES, | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 7:19-CV-34 (WLS-TQL) |
| TONIE BENNEFIELD, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

Defendant Tonie Bennefield has filed a Motion for Continuance, asking that the trial be continued from the November 2021 term so that the Parties can pursue mediation. (Doc. 88.) Bennefield states that Defendant Jason Woods consents to a continuance, but no mention is made of Plaintiff's position on the motion. The Court previously instructed in light of the Court's instruction that the Parties schedule mediation, that a motion to continue the trial be filed "indicating whether any Party objects to a continuance and the grounds therefore." (Doc. 83.) For clarity of the record, Bennefield's counsel shall confer with Plaintiff and state in writing **no later than Wednesday, October 27, 2021** whether Plaintiff consents or objects to the motion for continuance.

**SO ORDERED**, this 19th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**