IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PORTERFIELD STOKES, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 7:19-CV-34 (WLS-TQL) |
| : | |
| TONIE BENNEFIELD, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

**ORDER**

Before the Court is a Notice of Settlement filed by Defendant Bennefield stating that all Parties have reached a settlement of this case and will file dismissal documents. (Doc. 92.) The Parties ask that the Court stay all deadlines and dates. *Id.*

To ensure the timely and orderly disposition of this case, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing **no later than twenty-one (21) days after entry of this Order, that being Monday, November 15, 2021** or, by the same deadline, file with the Court a motion for additional time explaining why additional time is needed.

The pending motion in limine is hereby **DENIED AS MOOT WITHOUT PREJUDICE**. This case and all deadlines are hereby **STAYED** pending further Order of the Court.

**SO ORDERED**, this 25th day of October 2021.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1