IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PORTERFIELD STOKES, | * |
| | * |
| Plaintiff, | * |
| v. | * CASE NO. 7:19-CV-34-WLS-TQL |
| | * |
| TONIE BENNEFIELD, *et al.*, | * |
| | * |
| Defendants. | * |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Porterfield Stokes, Defendant Tonie Bennefield and Defendant Jason Woods, through counsel, stipulate that the above-styled action be dismissed with prejudice, with the parties to bear their own costs.

Respectfully submitted, this the 10th day of November, 2021.

*[signature]*
PORTERFIELD STOKES, JR., *Pro Se* Plaintiff

1804 Marion Street
Valdosta, Georgia 31601
(229) 285-0064

CHRISTOPHER M. CARR  112505
Attorney General

KATHLEEN M. PACIOUS  558555
Deputy Attorney General

*Please serve:*
RODNEY ATREOPERSAUD
Dept. of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
Telephone: (404) 656-5161
Email: ratreopersaud@law.ga.gov

SUSAN E. TEASTER  701415
Senior Assistant Attorney General

/s/*Rodney Atreopersaud*  309454
RODNEY ATREOPERSAUD
Assistant Attorney General

*Attorneys for Defendant Bennefield*

1

4868-1787-5971, v. 1

COLEMAN TALLEY LLP

109 S. Ashley Street
Valdosta, GA 31601
(229) 242-7562
(229) 333-0885 facsimile
Tim.tanner@colemantalley.com

*/s/ Timothy Tanner*
TIMOTHY M. TANNER
Georgia Bar No. 697683

*Attorney for Defendant Jason Woods*

SO ORDERED this ___15th___ day of ___November___, 2021

*/s/ W. Louis Sands*
W. Louis Sands, Senior Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and have mailed a copy of the same to:

>Porterfield Stokes
>1804 Marion Street
>Valdosta, GA 31601

Respectfully submitted, this the 12th day of November, 2021.

**COLEMAN TALLEY LLP**

*/s/ Timothy Tanner*
TIMOTHY M. TANNER
Georgia Bar No. 697683

109 S. Ashley Street
Valdosta, GA 31601
(229) 242-7562
(229) 333-0885 facsimile
Tim.tanner@colemantalley.com

*Attorney for Defendant Jason Woods*

4868-1787-5971, v. 1