IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PORTERFIELD STOKES, | * |
| Plaintiff, | * |
| v. | Case No.   7:19-CV-34(WLS) |
| | * |
| TONIE BENNEFIELD, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 15, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of November, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk